## MORRIS, administrator, *vs.* MORRIS.

Exceptions in writing to the decision of the court of ordinary are necessary as a basis of a *certiorari* thereto; and where it appears that no such written exceptions were made, it was proper to dismiss the *certiorari*. *Aliter*, where the decision of the ordinary excepted to is made as a *habeas corpus* court, or a court for the determination of such matters as are outside of its regular jurisdiction. Code, §§4050, 4052; 34 *Ga.*, 91.

Judgment affirmed.

March 10, 1885.

JACKSON, Chief Justice.

[This was a citation for settlement issued to an administrator. When the case was called in the court of ordinary, counsel for respondent were absent on account of an understanding on their part that they were to have notice before the trial. (The ordinary stated that he did not remember any such agreement.) Judgment having been rendered against the respondent, and more than four days

having elapsed before the return of his counsel, he then petitioned for a *certiorari*. No written exceptions were taken to the rulings or decisions of the ordinary. On motion, the *certiorari* was dismissed, and plaintiff therein excepted.]